# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

JOHN NOTTINGHAM, )
)
           Plaintiff, )
  v. ) 1:06-cv-637-SEB-VSS
)
CITY OF INDIANAPOLIS, et al., )
)
           Defendants. )

## J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this cause of action is **dismissed.**

Date: 04/24/2006

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

John Nottingham
517 Front Street
Hollidaysburg, PA 16648