Case 1:06-cv-00637-SEB-VSS   Document 4   Filed 04/24/06   Page 1 of 1 PageID #: 21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JOHN NOTTINGHAM, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | 1:06-cv-637-SEB-VSS |
| ) | |
| CITY OF INDIANAPOLIS, et al., ) | |
| ) | |
| Defendants. ) | |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this cause of action is **dismissed.**

Date: 04/24/2006

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

John Nottingham
517 Front Street
Hollidaysburg, PA 16648